IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LOWELL CHILDS,

    Plaintiff,

v.                                              Civil Action No. 3:12CV143

DR. JAMALUDEEN, et al.,

    Defendants.

**MEMORANDUM OPINION**

    By Memorandum Order entered on March 5, 2012, the Court conditionally docketed Lowell Childs's action. The Memorandum Order warned Childs that he must immediately advise the Court of his new address in the event that is transferred or relocated. On April 9, 2012, an April 2, 2012 Memorandum Order was returned to the Court by the United States Postal Service marked, "RETURN TO SENDER." Childs's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

    The Clerk is directed to send a copy of the Memorandum Opinion to Childs.

    It is so ORDERED.

                                                           /s/   REP
Date: September 26, 2012         Robert E. Payne
Richmond, Virginia            Senior United States District Judge